UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REX L. POPE,<br><br>        Petitioner,<br><br>    v.<br><br>MAGGIE MILLER-STOUT,<br><br>        Respondent. | CASE NO. C09-5209RBL<br><br>REPORT AND<br>RECOMMENDATION<br><br>Noted for June 26, 2009 |

The underlying Petition for a Writ of Habeas Corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254, from June 26, 2006, felony convictions arising out of Clallam County, Washington. Petitioner was sentenced to serve 77 months in prison (Dkt. # 1 proposed petition.

**FACTUAL AND PROCEDURAL BACKGROUND**

On April 17, 2009 the Clerk's Office sent Mr. Pope a letter informing him that he needed to provide service copies of his petition (Dkt. # 2). The letter gave Mr. Pope until May 18, 2009, to provide those documents. The letter further informed Mr. Pope that his petition may be

REPORT AND
RECOMMENDATION - 1

subject to dismissal if the copies were not received.  As of June 2, 2009, no service documents have been filed.

## DISCUSSION

It appears Petitioner has abandoned this litigation.  He has failed to provide service copies when requested to do so.

## CONCLUSION

Based on the foregoing discussion, the Court should dismiss this matter without prejudice for failure to prosecute.  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections.  *See also* Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **June 26, 2009**, as noted in the caption.

Dated this 2nd day of June, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge