UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REX L. POPE,<br><br>            Petitioner,<br><br>            v.<br><br>MAGGIE MILLER-STOUT,<br><br>            Respondent. | CASE NO. C09-5209RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This Petition is DISMISSED WITHOUT PREJUDICE for failure to prosecute. Petitioner did not provide service copies when directed to do so by the Clerk's Office.

(3) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 26th day of June, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1