# United States District Court

WESTERN DISTRICT OF WASHINGTON

REX L. POPE

      v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5209RBL-JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This Petition is DISMISSED WITHOUT PREJUDICE for failure to prosecute. Petitioner did not provide service copies when directed to do so by the Clerk's Office.


   June 29, 2009                                BRUCE RIFKIN
                                                                         Clerk

                                                                */s/ Jennie L. Patton*
                                                                      Deputy Clerk